UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


CLAUDE RUSSELL RATLIFF, JR.,

      Plaintiff,

v.                                                                    Case No. 3:13cv386/MCR/CJK

STATE OF FLORIDA; STEPHANIE
PACE, ASA; and SANTA ROSA
SHERIFF'S DEPARTMENT,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

On May 20, 2014, the court entered an order (doc. 15) advising plaintiff that, based on a review of his complaint, it was evident that the facts as presented failed to support a viable § 1983 claim and that he was precluded from recovering the relief he seeks. The court allowed plaintiff thirty days in which to either dismiss his claims or file an amended complaint correcting the deficiencies and clarifying his allegations. The court granted plaintiff two extensions of time in which to comply with its order and, in the second order, advised plaintiff that it was not inclined to grant any additional extensions. *See* docs. 17, 19. When plaintiff failed to comply within the time allowed, the court entered an order directing him to show cause within fourteen days why the case should not be dismissed for failure to comply with an order of the court. Plaintiff failed to show cause within the time allowed.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 2nd day of September, 2014.


/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**<u>NOTICE TO THE PARTIES</u>**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).